

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2021

No. 04-19-00889-CR

Cameron Antoine **ROBY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6809
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

The Appellant's Motion to Permit Late-Filed Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2021.

_____
Michael A. Cruz,
Clerk of Court